BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
KEVIN Y. FU (Cal. Bar No. 319465)
Assistant United States Attorney
Orange County Office
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3576
    Facsimile: (714) 338-3561
    E-mail:    Kevin.Fu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**(UNDER SEAL)**

FILED
CLERK, U.S. DISTRICT COURT
05/15/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___E.C.___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER G. RAMOS, <br>   aka "Alejandro Gerardo Ramos Cisneros," <br>   aka "Alex Ramos," <br><br> Defendant. | No. 8:25-mj-00404 <br><br> GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING CRIMINAL COMPLAINT AND RELATED DOCUMENTS; DECLARATION OF KEVIN Y. FU <br><br> **(UNDER SEAL)** |

The government hereby applies <u>ex parte</u> for an order that the criminal complaint and any related documents in the above-captioned case be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//

//

//

//

This ex parte application is based on the attached declaration of Kevin Y. Fu.

Dated: May 15, 2025                    Respectfully submitted,

                                            BILAL A. ESSAYLI
                                            United States Attorney

                                            CHRISTINA T. SHAY
                                            Assistant United States Attorney
                                            Chief, Criminal Division

                                            */s/ Kevin Y. Fu*
                                            KEVIN Y. FU
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

**DECLARATION OF KEVIN Y. FU**

I, KEVIN Y. FU, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Alexander G. Ramos</u>, the criminal complaint which is being presented for a magistrate's review on May 15, 2025.

2. The defendant charged in the above-captioned criminal complaint has not yet been taken into custody on the charge contained in the complaint and has not been informed that he is being named as a defendant in the complaint. The likelihood of apprehending defendant might be jeopardized if the complaint in this case were made publicly available before defendant is taken into custody. In addition, there may be additional security risks to those involved in apprehending defendant if the complaint were publicly available before defendant is taken into custody.

3. Accordingly, the government requests that the criminal complaint and related documents in this case be sealed and remain so until defendant is taken into custody on the charge contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Santa Ana, California, on May 15, 2025.

/s/ Kevin Y. Fu
_____
KEVIN Y. FU